**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 01, 2023

Mr. Christopher David Wiest
Law Office
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017

Re:   Case No. 22-3497/22-3702, *Hunter Doster, et al v. Frank Kendall, et al*
      Originating Case No.: 1:22-cv-00084

Dear Mr. Wiest,

   This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above cases.

   Your response, not to exceed 3900 words, must be filed not later than the close of business on Wednesday, **March 15, 2023**.

   Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:   Ms. Elizabeth Ann Brehm
     Mr. Thomas Bernard Bruns
     Ms. Sarah Jane Clark
     Ms. Wendy Noel Cox
     Mr. John Allen Eidsmoe
     Mr. Kenneth Alan Klukowski
     Mr. Matthew Franklin Kuhn
     Ms. Anna O. Mohan
     Mr. Casen Ross
     Mr. Charles W Scarborough
     Mr. Gene C. Schaerr
     Mr. Ilya Shapiro
     Mr. Aaron Siri
     Mr. Lowell V. Sturgill Jr.
     Mr. Frederick Richard Yarger