# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 11, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Dec 11, 2023
KELLY L. STEPHENS, Clerk

Re: Frank Kendall, Secretary of the Air Force, et al.
v. Hunter Doster, et al.
No. 23-154
(Your No. 22-3497, 22-3702)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit with instructions to direct the District Court to vacate as moot its preliminary injunctions. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950). Justice Jackson, dissenting: In my view, the party seeking vacatur has not established equitable entitlement to that remedy. See *Acheson Hotels, LLC* v. *Laufer*, 601 U. S. ___ (2023) (Jackson, J., concurring in the judgment).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk