# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 12, 2024

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Jan 12, 2024
KELLY L. STEPHENS, Clerk

    Re:  Kendall, Sec. Air Force, et al.
           v. Doster, Hunter, et al.
           **No. 23-154 (Your docket Nos. 22-3497, 22-3702)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                *M. Altner*

                M. Altner
                Assistant Clerk- Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 12, 2024

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Mr. Thomas B. Bruns, Esq.
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Ste. 330
Cincinnati, OH 45242

Re: Kendall, Sec. Air Force, et al.
v. Doster, Hunter, et al.
No. 23-154

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Sixth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk- Judgments

cc: Clerk, 6th Cir.
    (Your docket Nos. 22-3497, 22-3702)

# Supreme Court of the United States

No. 23–154

**FRANK KENDALL, SECRETARY OF THE AIR FORCE, ET AL.,**

Petitioners

v.

**HUNTER DOSTER, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit with instructions to direct the District Court to vacate as moot its preliminary injunctions. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

December 11, 2023



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States