UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 22-3497/3702

HUNTER DOSTER; JASON ANDERSON; MCKENNA COLANTANIO; PAUL CLEMENT; JOE DILLS; BENJAMIN LEIBY; BRETT MARTIN; CONNOR MCCORMICK; HEIDI MOSHER; PETER NORRIS; PATRICK POTTINGER; ALEX RAMSPERGER; BENJAMIN RINALDI; DOUGLAS RUYLE; CHRISTOPHER SCHULDES; EDWARD STAPANON, III; ADAM THERIAULT; DANIEL REINEKE, on behalf of themselves and others similarly situated,

    Plaintiffs - Appellees,

v.

HON. FRANK KENDALL, in his official capacity as Secretary of the Air Force; LT. GENERAL ROBERT I. MILLER, in his official capacity as Surgeon General of the Air Force; LT. GENERAL MARSHALL B. WEBB, in his official capacity as Commander, Air Education and Training Command; LT. GENERAL RICHARD W. SCOBEE, in his official capacity as Commander, Air Force Reserve Command; LT. GENERAL JAMES C. SLIFE, in his official capacity as Commander, Air Force Special Operations Command; UNITED STATES OF AMERICA,

    Defendants - Appellants.

**FILED**
Jan 17, 2024
KELLY L. STEPHENS, Clerk

Before: KETHLEDGE, BUSH, and MURPHY, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

    In light of the Supreme Court's order of December 11, 2023, the judgment issued in this case on November 29, 2022 is VACATED, and the case is REMANDED to the district court with instructions to vacate as moot its preliminary injunctions.

**ENTERED BY ORDER OF THE COURT**

_____
Kelly L. Stephens, Clerk